JOSEPHINE KAGER, Respondent, *v.* CHARLES BRENNEMAN, Individually and as Surviving Executor of FREDERICK LEONHARD, Deceased, et al., Appellants, Impleaded with Others.

*Kager* v. *Brenneman*, 52 App. Div. 446, affirmed.
(Argued January 30, 1901; decided February 15, 1901.)

APPEAL from a final judgment of the Supreme Court, entered in favor of plaintiff October 18, 1900, upon an order of the Appellate Division in the first judicial department, modifying and affirming as modified an interlocutory judgment entered upon a decision of the court on trial at Special Term.

*Paul Fuller, Chas. Frederic Adams* and *Abner C. Thomas* for appellants.

*Henry A. Forster* for respondent.

Judgment affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.